RECEIVED
IN MONROE, LA

JUN 0 3 2008
AC
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **WOODROW RUCKS** | * | **CIVIL NO. 07-1191** |
| **VERSUS** | * | **JUDGE JAMES** |
| **BURL CAIN, WARDEN** | * | **MAGISTRATE JUDGE HAYES** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 [Doc. No. 1] is hereby **DENIED and DISMISSED with prejudice**.

MONROE, LOUISIANA, this 2 day of June, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE