UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WOODROW RUCKS | CIVIL ACTION NO. 07-1191 |
| VS. | SECTION P |
| BURL CAIN, WARDEN | JUDGE ROBERT G. JAMES |
| | MAG. JUDGE KAREN L. HAYES |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

    X    The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

    ___    The certificate of appealability is GRANTED for the following reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

MONROE, LOUISIANA, this 24 day of June, 2008.

*[signature: Robert G. James]*

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE